UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN ROGERS

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 05-818-JJB-RLB

**RULING AND ORDER**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 25, 2017 (doc. no. 12). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's Motion is DENIED.

Baton Rouge, Louisiana, this 25th day of May, 2017.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA